Cause # _____

76,389-09

IN THE TEXAS COURT OF CRIMINAL, APPEALS

Anthony Whitney Norman
Petitioner;
v.

Harris County District Clerk,
Chris Daniel, Respondent.

Original  Petition for Writ of Mandamus

Petitioner: Anthony Whitney Norman
Pro Se

\# 1718789 / WYNNE
810 FM 2821
Huntsville, TX 77349

Respondent: Chris Daniel

Harris County District Clerk
1201 Franklin Ste 300
Houston, TX 77002

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 07 2015
Abel Acosta, Clerk

## II. Respondent

Respondent, Chris Daniel, in his capacity as District Clerk of Harris County, Texas has a ministerial duty to receive and file all papers in criminal proceedings, and perform all other duties imposed on the clerk by law pursuant to T.C.C.P. Art. 2.21, and is responsible under T.C.C.P. 11.07 Section 3(c) to immediatley transmit to the Court of Criminal Appeals a copy of the application for writ of habeas corpus, and any answers filed, and a certificate reciting the date upon which that finding was made if the convicting court decides that there are no issues to be resolved. Chris Daniel, Harris County District Clerk may be served at his place of business at 1201 Franklin St. Ste 300 Houston, Texas 77002.

## III. Violation

Respondent violated Article 11.07 Section 3(c) of the Texas Code of Criminal Procedures by failing to provide a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals, within the time prescribed by law and within a reasonable date from the time on which the documents were to have been transmitted.

## Original Petition for Writ of Mandamus

Now comes, Anthony Whitney Norman herein "Petitioner" who files this Original Petition for Writ of Mandamus, pursuant to Texas Code of Criminal Procedures, and would show the Court the following:

### I. FACTS

Petitioner is an Applicant for a T.C.C.P. Article 11.07 who is currently incarcerated in TDCJ-CID ID # 1718789. Petitioner has exhausted his remedies and has no other adequate remedy at law. The act sought to be compelled is ministerial, not discretionary in nature. T.C.C.P. Article 11.07 Section 3(c) requires Respondent to immediately transmit to the Court of Criminal Appeals a copy of the Application for Writ of Habeas Corpus, any answers filed, and a certificate reciting the date upon which that finding was made, if the convicting court decides that there are no issues to be resolved. No copy of the Application for Writ of Habeas Corpus, any answers, and a certificate reciting the date upon which that finding was made have been transmitted to the Court of Criminal Appeals. On 04/30/2015 Petitioner received a letter from the T.C.C.A. indicating no Writ had been received.

## IV. Applicable Dates

1.) District Clerk received Petitioner's Application for Writ of Habeas Corpus on 3/10/2015 designating Cause # 1248767-B

2.) State responded to the Writ by filing its Answer 3/18/2015.

3.) Court 262nd District of Harris County filed its finding of facts and conclusions of law 3/23/2015.

4.) Texas Court of Criminal Appeals file stamps written objection filed by Petitioner on 04/ /2015 asserting No Writ has been filed.

5.) Petitioner requested the District Clerk to foward the papers on 05/01/2015.

## V. Applicable Law

Article 11.07 Section 3 (c) clearly states that "[i]f the convicting court decides that there are no issues, **the clerk shall immediately transmit** [emphasis added] to the Court of Criminal Appeals a copy of the application, any answers filed, and a certificate reciting the date upon which that finding was made. Failure of the court to act within the allowed 20 days shall constitute such a finding." Texas Code of Criminal Procedures Article 11.07 Sec. 3 (c). Respondent is in violation of this procedure, ministerial duties, and thus the laws of this State.

## VI. Relief

Wherefore, premises considered, Petitioner, Anthony Whitney Norman, pro se, respectfully request a finding that the Respondent did not transmit the documents to the Court of Criminal Appeals within a reasonable time, and that Petitioner has brought this litigation in good faith and has substantially prevailed. Petitioner prays for an Order directing Respondent to transmit a copy of the Application for Writ of Habeas Corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals as directed in Article 11.07 Sec. 3(c) of the Texas Code of Criminal Procedure.

Respectfully submitted,

By:

Anthony Whitney Norman (Pro Se)
# 1718789 / WYNNE
810 FM 2821
Huntsville, TX 77349

### Inmate's Declaration

I Anthony Whitney Norman being currently incarcerated in TDCJ-CID ID # 1718789 at the WYNNE UNIT declare under penalty of perjury the FACTS and ALLEGATIONS in the ABOVE Original Petition for Writ of Mandamus are true and correct to my belief.

Anthony Norman _____ 05/01/2015
Anthony Norman
# 1718789 / WYNNE
810 FM 2821 Huntsville, TX 77349

Page 5/6

## Certificate of Service

I Anthony Whitney Norman herby certify that a true copy of the above Original Petition for Writ of Mandamus was served on Chris Daniel Harris County District Clerk 1201 Franklin St Ste 300 by placing a copy in the prison mail system for First Class Delivery via U.S. Mail on 5/4/2015.

Anthony N

Petitioner